```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
              EASTERN DIVISION
```

United States of America

    v.                                      2:18-cr-58 (8)
                                            Judge Marbley

Cynthia Appiagyei

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 110) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Indictment, and she is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 1, 2019                  s\Algenon L. Marbley
                                      Algenon L. Marbley
                                      United States District Judge